1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   PATRICK R. DELAHUNTY
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,              CASE NO.  1:14-CR-00228-LJO-SKO
12
                           Plaintiff,     STIPULATION AND ORDER BETWEEN THE
13                                         UNITED STATES AND DEFENDANT ASEEL A.
                    v.                     AL-SABER
14
   ASEEL A. AL-SABER,
15
                           Defendant.
16

17                              **STIPULATION**

18        WHEREAS, the discovery in this case is voluminous and contains personal information

19 including but not limited to Social Security numbers, dates of birth, financial account numbers,

20 telephone numbers, residential addresses, and information regarding confidential informants ("Protected

21 Information"); and

22        WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

23 unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court

24 proceedings in this matter;

25        The parties agree that entry of a stipulated protective order is appropriate.

26        THEREFORE, defendant, ASEEL A. AL-SABER, by and through his counsel of record James

27 Makasian ("Defense Counsel"), and plaintiff, the United States of America, by and through its counsel

28 of record, hereby agree and stipulate as follows:

   STIPULATION AND [PROPOSED]              1
   ORDER

1      1.      This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of

2  Criminal Procedure, and its general supervisory authority.

3      2.      This Order pertains to all discovery provided to or made available to Defense Counsel as

4  part of the discovery in this case (hereafter, collectively known as the "discovery").

5      3.      By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any

6  documents that contain Protected Information with anyone other than Defense Counsel and designated

7  defense investigators and support staff.  Defense Counsel may permit the defendant to view un-redacted

8  documents in the presence of Defense Counsel or under the supervision of Defense Counsel. The parties

9  agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to

10  copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense

11  investigators, and support staff may provide the defendant with copies of documents from which

12  Protected Information has been redacted.

13      4.      The discovery and information therein may be used only in connection with the litigation

14  of this case and for no other purpose.  The discovery is now and will forever remain the property of the

15  United States Government.  Defense Counsel will return the discovery to the Government or certify that

16  it has been destroyed at the conclusion of the case.

17      5.      Defense Counsel will store the discovery in a secure place and will use reasonable care to

18  ensure that it is not disclosed to third persons in violation of this agreement.

19      6.      Defense Counsel shall be responsible for advising the defendants, employees, other

20  members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION AND [PROPOSED]
ORDER

2

1        7.     In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees

2    to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by

3    this Order or the Court modifies this Order regarding such transfer of discovery.

4        IT IS SO STIPULATED.

5    Dated:  November 3, 2014                 BENJAMIN B. WAGNER
                                           United States Attorney

6

7                                               /s/ Grant B. Rabenn
                                           GRANT B. RABENN

8                                               Assistant United States Attorney

9    Dated: November 3, 2014                 /s/ James Makasian
                                           JAMES MAKASIAN

10                                              Counsel for Defendant Aseel Al-Saber

11

12

13

14

15                                              **ORDER**

16

17   IT IS SO ORDERED.

18      Dated:    **November 4, 2014**                 **/s/ Lawrence J. O'Neill**

19                                              UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]            3
ORDER