Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina A. Roberson, #284512
Sally S. Vecchiarelli, #305636
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Aseel Al-Saber

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ASEEL AL-SABER<br><br>        Defendant. | ) Case No.: 1:14-CR-00228-LJO<br>)<br>)<br>) **REQUEST TO STAY SURRENDER DATE**<br>)<br>)<br>)<br>)<br>)<br>) |

    Defendant, ASSEL AL-SABER, by and through her attorney, Jeffrey T. Hammerschmidt, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Grant B. Rabenn, hereby stipulate to stay Ms. Al-Saber's prison surrender date from May 9, 2016 to July 11, 2016 at 2:00 p.m.

Dated: May 6, 2016                       /s/ Jeffrey T. Hammerschmidt
                                              JEFFREY T. HAMMERSCHMIDT

Dated: May 6, 2016                       /s/ Grant B. Rabenn
                                              GRANT B. RABENN

//

//

//

ORDER

The prison surrender date for Assel Al-Saber is stayed from May 9, 2016 until July 11, 2016 at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **May 6, 2016**              **/s/ Lawrence J. O'Neill**
                                     UNITED STATES CHIEF DISTRICT JUDGE